UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Jasmin R. Francis,

                 Plaintiff,

v.

General Revenue Corporation,
                 Defendant.
-----------------------------------------------------------X

Case No. 1:18-cv-06955-BMC

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:   Opposing Counsel
       Daniel Zemel, Esq. / Elizabeth Apostola, Esq.
       Zemel Law LLC, 1373 Broad Street, Suite 203-C
       Clifton, New Jersey 07013

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I __Amy S. Gilbert__ will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of __McGuireWoods LLP__ and a member in good standing of the bar(s) of the State(s) of __Illinois__, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for __Defendant, General Revenue Corporation__. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: January 24, 2019

Respectfully submitted,

*Amy Gilbert*
Signature of Movant   Amy S. Gilbert
Firm Name __McGuireWoods LLP__
Address __77 W. Wacker Drive, Suite 4100__
         Chicago, IL 60601
Email __agilbert@mcguirewoods.com__
Phone __312.750.8673__

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Jasmin R. Francis,

              Plaintiff(s),

v.

General Revenue Corporation,

              Defendant(s).

Case No. 1:18-cv-06955-BMC

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

---

I, Amy S. Gilbert, being duly sworn, hereby depose and say as follows:

1. I am a(n) Associate with the law firm of McGuireWoods LLP.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Illinois.
4. There are no pending disciplinary proceedings against me in any state or federal court. True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: 6317954
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case Case No. 1:18-cv-06955-BMC for Defendant General Revenue Corporation

Date 1/24/19
Chicago, IL

*[signature]*

**NOTARIZED**

Signature of Movant
Firm Name McGuireWoods LLP
Address 77 W. Wacker Drive, Suite 4100
Chicago, IL 60601

Email agilbert@mcguirewoods.com
Phone 312.750.8673

OFFICIAL SEAL
DESIREE D URBAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/27/19

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Amy Leigh Starinieri Gilbert

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/06/2014 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 23rd day of January, 2019.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois