AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Jasmin R. Francis )<br>*Plaintiff* )<br>v. )<br>General Revenue Corporation )<br>*Defendant* ) | Case No. 1:18-cv-06955-BMC |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, General Revenue Corporation

Date: 02/04/2019

/s/ Amy S. Gilbert
*Attorney's signature*

Amy S. Gilbert, Admitted Pro Hac Vice
*Printed name and bar number*

McGuireWoods LLP, 77 W. Wacker Drive,
Suite 4100, Chicago, IL 60601

*Address*

agilbert@mcguirewoods.com
*E-mail address*

(312) 750-8673
*Telephone number*

(312) 849-3690
*FAX number*

CERTIFICATE OF SERVICE

I hereby certify that the foregoing APPEARANCE was electronically filed with the Clerk of the Court using the CM/ECF system on February 4, 2019, which will send notification of such filing to all counsel of record.

/s/  Amy S. Gilbert

112727703_1.docx