UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JASMIN R. FRANCIS, Individually and on Behalf               :   Case No.: 18-cv-6955 (BMC)
of All Others Similarly Situated,                           :
                                                            :
            Plaintiff,                                    :
                                                            :   **STIPULATION AND**
   against-                                           :   **ORDER OF SUBSTITUTION**
                                                            :
GENERAL REVENUE CORPORATION,                                :
                                                            :
            Defendant.                                    :
------------------------------------------------------------X

      **WHEREAS**, defendant General Revenue Corporation ("Defendant") is currently represented by McGuireWoods LLP as counsel of record; and

      **WHEREAS**, Defendant has requested that the law firm Keating Muething & Klekamp PLL be substituted for McGuireWoods LLP as Defendant's counsel and that Diamond McCarthy LLP serve as Defendant's local counsel; and

      **WHEREAS**, the proposed substitution of counsel will not delay the prosecution of this action including but not limited to the completion of class discovery by September 28, 2020; and

      **WHEREAS**, Defendant's proposed new counsel, Jacob Rhode, Esq. of Keating Muething & Klekamp PLL will promptly file an application seeking to be admitted *pro hac vice*; and

      **WHEREAS**, McGuireWoods LLP is not asserting a retaining or charging lien in this action;

**IT IS HEREBY STIPULATED AND AGREED THAT** pursuant to Local Rule 1.4, Keating Muething & Klekamp PLL is hereby substituted for McGuireWoods LLP as counsel for Defendant.

Dated: New York, New York
       August 27, 2020

*Incoming Counsel for Defendant:*

**KEATING MUETHING & KLEKAMP PLL**

BY: _____
    Jacob D. Rhode
    (*pro hac vice forthcoming*)
One East 4th Street, Suite 1400
Cincinnati, OH 45202
jrhode@kmklaw.com

**DIAMOND MCCARTHY LLP**

BY: _____
    Lon J. Seidman
295 Madison Avenue, 27th Floor
New York, New York 10017
Tel.: (212) 430-5400
Fax: (212) 430-5499
lseidman@diamondmccarthy

*Outgoing Counsel for Defendant:*

**MCGUIREWOODS LLP**

BY: _____
    Philip A. Goldstein
1251 Avenue of the Americas, 20th Floor
New York, New York 10020
Tel: (212) 548-2167
Fax: (212) 715-6275
pagoldstein@mcguirewoods.com

*Defendant:*

**GENERAL REVENUE CORPORATION**

BY: _____
NAME: JONATHAN FINLEY, CEO

**SO ORDERED:**

Dated:_____       _____
                                                  HON. BRIAN M. COGAN, U.S.D.C.

10216167.1