UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
:
JASMIN R. FRANCIS, Individually and on Behalf      Case No.: 18-cv-6955 (BMC)
of All Others Similarly Situated,                                      :

                    Plaintiff,                                     :

                                                              **STIPULATION AND**
     against-                                            :           **ORDER OF SUBSTITUTION**

GENERAL REVENUE CORPORATION,               :

                    Defendant.                                :
------------------------------------------------------X

       **WHEREAS**, defendant General Revenue Corporation ("Defendant") is currently represented by McGuireWoods LLP as counsel of record; and

       **WHEREAS**, Defendant has requested that the law firm Keating Muething & Klekamp PLL be substituted for McGuireWoods LLP as Defendant's counsel and that Diamond McCarthy LLP serve as Defendant's local counsel; and

       **WHEREAS**, the proposed substitution of counsel will not delay the prosecution of this action including but not limited to the completion of class discovery by September 28, 2020; and

       **WHEREAS**, Defendant's proposed new counsel, Jacob Rhode, Esq. of Keating Meuthing & Klekamp PLL will promptly file an application seeking to be admitted *pro hac vice*; and

       **WHEREAS**, McGuireWoods LLP is not asserting a retaining or charging lien in this action;

**IT IS HEREBY STIPULATED AND AGREED THAT** pursuant to Local Rule 1.4, Keating Muething & Klekamp PLL is hereby substituted for McGuireWoods LLP as counsel for Defendant.

Dated: New York, New York
       August 27, 2020

*Incoming Counsel for Defendant:*

**KEATING MUETHING & KLEKAMP PLL**

BY: _____
     Jacob D. Rhode
     (*pro hac vice forthcoming*)
One East 4th Street, Suite 1400
Cincinnati, OH 45202
*jrhode@kmklaw.com*

**DIAMOND MCCARTHY LLP**

BY: _____
     Lon J. Seidman
295 Madison Avenue, 27th Floor
New York, New York 10017
Tel.: (212) 430-5400
Fax: (212) 430-5499
*lseidman@diamondmccarthy*

*Outgoing Counsel for Defendant:*

**MCGUIREWOODS LLP**

BY: _____
     Philip A. Goldstein
1251 Avenue of the Americas, 20th Floor
New York, New York 10020
Tel: (212) 548-2167
Fax: (212) 715-6275
*pagoldstein@mcguirewoods.com*

*Defendant:*

**GENERAL REVENUE CORPORATION**

BY: _____
NAME: JONATHAN FINLEY, CEO

**SO ORDERED:**

Dated:_____      _____
                                    HON. BRIAN M. COGAN, U.S.D.C.

10216167.1

2