UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
JASMIN R. FRANCIS, Individually and on Behalf of All Others Similarly Situated,

                Plaintiff,

   against-

GENERAL REVENUE CORPORATION,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Case No.: 18-cv-6955 (BMC)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that the following counsel, who is admitted to practice before this Court, appears as counsel for defendant General Revenue Corporation:

> Lon J. Seidman, Esq.
> Diamond McCarthy LLP
> 295 Madison Avenue, 27th Floor
> New York, New York 10017
> Tel: (212) 430-5400
> Fax: (212) 430-5499
> *lseidman@diamondmccarthy.com*

and requests that all further papers and correspondence be served upon him.

Dated: New York, New York
       August 27, 2020

                                  **DIAMOND McCARTHY LLP**

                                  By: _/s/ Lon Seidman_
                                     Lon J. Seidman, Esq.
                                295 Madison Avenue, 27th Floor
                                New York, New York 10017
                                Tel: (212) 430-5400
                                Fax: (212) 430-5499
                                *lseidman@diamondmccarthy.com*