# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASMIN R. FRANCIS, individually, and on behalf of all other similarly situated consumers,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL REVENUE CORPORATION,<br><br>Defendant. | Case No.: 1:18-cv-06955-BMC<br><br>**STIPULATION OF DISMISSAL AND PROPOSED ORDER OF DISMISSAL <u>WITH PREJUDICE</u>** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its respective attorneys' fees, costs, and expenses, except as provided in the parties' confidential settlement agreement.

Dated: October 7, 2020

*/s/ Daniel Zemel*
Daniel Zemel, Esq.
ZEMEL LAW, LLC
1373 Broad St – Suite 203-C
Clifton, NJ 07013
T: (862) 227-3106
F: (973) 282-8603
dz@zemellawllc.com

*Attorney for Plaintiff*

Dated: October 7, 2020

*/s/ Jacob D. Rhode*
Jacob D. Rhode
KEATING MUETHING & KLEKAMP PLL
One E. 4th Street, Suite 1400
Cincinnati, Ohio 45202
Tel: (513) 579-6580
Fax: (513) 579-6457
jrhode@kmklaw.com

-and-

Lon J. Seidman, Esq.
DIAMOND MCCARTHY LLP
295 Madison Avenue, 27th Floor
New York, New York 10017
Tel: (212) 430-5400
Fax: (212) 430-5499
lseidman@diamondmccarthy.com

*Attorneys for Defendant,*
*General Revenue Corporation*

**SO ORDERED.**

Dated: October 7, 2020 _____
JUDGE BRIAN M. COGAN
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK